SAMUEL YOUNG, Appellant,
*against*
JOSHUA SANDERS, Appellee.

ACTION on promissory note, dated 17th *Fe-
bruary*, 1791, for the sum of *thirty dollars*. Writ
returnable to *Chittenden* County Court, *September*
term, 1796.

*Vermont* Stat.
vol. 1. p. 169.

Plea to the jurisdiction. That a Justice of the
Peace has *exclusive* jurisdiction of all civil causes to
this amount.

In civil causes,
where the de-
mand is above
7 dols. and un-
der 33 dols. in
unliquidated,
and 53 dols. in
liquidated de-
mands, County
Courts and Jus-
tices of the
Peace have
concurrent ju-
risdiction.

By the Court. The County Courts hold *concur-
rent* jurisdiction with the Justices of the Peace, of
all suits where the demand is above seven dollars,
and where it does not exceed thirty-three dollars in
unliquidated, and fifty-three dollars in liquidated de-
mands.

Plea to the jurisdiction overruled.

On the 5th *November*, 1801, the General Assembly passed the following act :

" An act in addition to an act entitled, An act constituting the Supreme Court of Judicature and County Courts, defining their powers, and regulating judicial proceedings.

" Whereas it it is considered by some of the County Courts in this State, that they have *concurrent jurisdiction* with Justices of the Peace in civil actions, Therefore, it is hereby enacted by the General Assembly of the State of *Vermont*, that the several County Courts shall not hear, determine, or adjudge on any action or suit which is originally made cognisable before a Justice of the Peace, unless such action or suit shall be entered in such Court by appeal ; any law, usage, or custom to the contrary notwithstanding."